IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BROADCAST MUSIC, INC.; §
COTTILLION INC.; TERRY STAFFORD §
MUSIC CO.; SONY/ATV SONGS LLC §
D/B/A SONY/ATV ACUFF ROSE §
MUSIC; O-TEX MUSIC; BOCEPHUS §
MUSIC, INC.; STEVE WARINER §
MUSIC; BLACKENED MUSIC; §
UNIVERSAL-MILLHOUSE MUSIC, A §
DIVISION OF MAGNA SOUND CORP.; §
UNIVERSAL MUSIC Z SONGS SIC PIG §
SONG, LTD; WARNER-TAMERLANE §
PUBLISHING CORP.; AND MAD §
MOTHER MUSIC, §
　　　　　PLAINTIFF, §
　　　　　　　　　　　　　　　§   CAUSE NO. 1:18-CV-103-LY
V. §
　　　　　　　　　　　　　　　§
DANCE ACROSS TEXAS II, INC. D/B/A §
DANCE ACROSS TEXAS, AND §
ROSEMARY FOLLIS, INDIVIDUALLY, §
　　　　　DEFENDANTS. §

## FINAL JUDGMENT

Before the court is the above entitled cause. On February 28, 2019, the parties filed a Stipulation for Dismissal with prejudice (Doc. #36), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this ___1st___ day of March, 2019.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LEE YEAKEL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE